UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TIMOTHY FITZPATRICK,　　　　　　　　　　MEMORANDUM AND ORDER

　　　　　　　　　Plaintiffs,　　　　　　　　　　CV 05-5036

　　　-against-　　　　　　　　　　　　　　　(Wexler, J.)

LONG ISLAND RAILROAD,

　　　　　　　　　Defendant.

-------------------------------------------------------X

STEWART LAW FIRM, LLP
BY: NADIRA S. STEWART, ESQ.
Attorneys for Plaintiff
133-40 Hook Creek Boulevard
Rosedale, New York 11422

OBERMAYER REBMANN MAXWELL & HIPPEL
BY: STEVEN T. DAVIS, ESQ.
Attorneys for Defendant Long Island Railroad
1617 JFK Boulevard - 19th Floor
Philadelphia, PA 19102

WEXLER, District Judge

Plaintiff has recently submitted a letter to this court indicating a review of the complaint and a desire to discontinue certain causes of action. In accord with that letter, it is hereby ordered that the following causes of action are dismissed with prejudice:

- The Third Cause of Action alleging claims pursuant to the Federal Employers' Liability Act.

- The Sixth Cause of Action in part as it relates to any claims raised under the New York City Humans Rights Law.

1

- The Seventh Cause of Action with respect to any breach of contract claim.

SO ORDERED

                                        LEONARD D. WEXLER
                                        UNITED STATES DISTRICT JUDGE

Central Islip, New York
February 22, 2007